IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> NETLIST, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )     C.A. No. 23-1122-RGA |

## DEFENDANT NETLIST, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)

Pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Netlist, Inc. ("Netlist"), by and through its undersigned counsel, hereby moves to dismiss the declaratory judgment complaint filed by Plaintiffs Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., and Samsung Electronics America, Inc.'s (D.I. 1), for lack of subject matter jurisdiction and failure to state a claim on which relief can be granted. Netlist's motion is supported by the Opening Brief filed herewith and the exhibits attached hereto.

| | |
|---|---|
| OF COUNSEL: <br> Jason Sheasby <br> H. Annita Zhong <br> Andrew J. Strabone <br> IRELL & MANELLA LLP <br> 1800 Avenue of the Stars, Suite 900 <br> Los Angeles, CA 90067 <br> (310) 277-1010 <br><br> Dated: November 6, 2023 | */s/ Emily S. DiBenedetto* <br> Karen E. Keller (No. 4489) <br> Emily S. DiBenedetto (No. 6779) <br> SHAW KELLER LLP <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> kkeller@shawkeller.com <br> edibenedetto@shawkeller.com <br> *Attorneys for Netlist, Inc.* |