# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE  19899-1347

———

302 658 9200
302 658 3989 FAX

RODGER D. SMITH II
(302) 351-9205
rsmith@morrisnichols.com

July 7, 2025

The Honorable Jennifer L. Hall                    *VIA ELECTRONIC FILING*
U.S. District Court
  for the District of Delaware
844 North King Street
Wilmington, DE  19801

Re:  *Samsung Electronics Co., Ltd. et al. v. Netlist, Inc.,* C.A. No. 23-1122-JLH;
     *Samsung Electronics Co., Ltd. et al. v. Netlist, Inc.,* C.A. No. 24-614-JLH

Dear Magistrate Judge Hall:

Plaintiffs Samsung Electronics Co., Ltd. ("SEC"), Samsung Semiconductor, Inc., ("SSI"), and Samsung Electronics America, Inc. ("SEA") (together, "Samsung") and Defendant Netlist, Inc. ("Netlist") jointly submit this letter pursuant to the Court's Oral Orders in C.A. Nos. 23-1122 (D.I. 22) and 24-614 (D.I. 29).

The parties request that, pursuant to Federal Rule of Civil Procedure 42(a), C.A. Nos. 23-1122 (the "-1122 action") and 24-614 (the "-614 action") be consolidated for all purposes, including trial, and a joint schedule be entered, in order to serve judicial economy.  Both cases involve: (i) related patents both claiming priority to the same provisional application and sharing the same specification and named inventor; (ii) the same set of accused products (Samsung LRDIMM and RDIMM memory modules); (iii) a breach of contract claim by Samsung seeking a ruling that Netlist breached its contractual obligations under the JEDEC patent policy to license the patents to Samsung on reasonable and non-discriminatory terms; and (iv) substantially similar affirmative defenses, including invalidity, estoppel, and the existence of an express or implied patent license.  *See, e.g.*, C.A. No. 23-1122, D.I. 1 ¶¶ 103–20, D.I. 21 at 23, D.I. 26 at 9–20; C.A. No. 24-614, D.I. 1 ¶¶ 106–22, D.I. 28 at 24, D.I. 33 at 9–20.

## Case Overview

**Technology at Issue**: These are patent infringement actions involving U.S. Patent Nos. 11,386,024 (the "'024 patent") (C.A. No. 23-1122) and 11,880,319 (the "'319 patent") (C.A. No. 24-614), which relate generally to computer memory modules.  The '319 patent is a continuation of the '024 patent.  Samsung seeks declaratory judgments of noninfringement for its LRDIMM and RDIMM memory modules, and Netlist asserts infringement counterclaims involving those same memory modules.

The Honorable Jennifer L. Hall
July 7, 2025
Page 2

**Case History**:  Netlist and SEC were parties to a Joint Development and Licensing Agreement ("JDLA") entered in November 2015.  On May 28, 2020, Netlist sued SEC for breach of contract and a declaratory judgment that Netlist properly terminated the JDLA.  *Netlist, Inc. v. Samsung Elecs., Co., Ltd.*, No. 20-cv-993 (C.D. Cal.).  On October 14, 2021, that court entered summary judgment that Netlist properly terminated the JDLA (*id*., D.I. 186).  On March 24, 2025, a jury rendered a verdict that Samsung materially breached the JDLA. Samsung has filed a motion for a new trial, which is pending.  The parties have previously litigated parents to the '024 and '319 patents in this Court, *Samsung Elecs., Co., Ltd. v. Netlist, Inc.*, C.A. No. 21-1453-JLH (D. Del.), and that action is currently stayed.

**The 23-1122 Action**:  On October 9, 2023, Samsung filed its Complaint in this Court against Netlist seeking, *inter alia*: (1) a declaration that Samsung does not infringe the '024 patent; and, in the alternative, (2) a ruling that Netlist breached its contractual obligations to license the '024 patent to Samsung on reasonable and non-discriminatory terms and conditions.  D.I. 1.  On November 6, 2023, Netlist moved to dismiss Samsung's Complaint for lack of subject matter jurisdiction and failure to state a claim.  D.I. 9.  On March 4, 2025, the Court denied Netlist's motion.  D.I. 17.  On June 2, 2025, Netlist answered Samsung's Complaint and asserted a counterclaim against Samsung alleging infringement of the '024 patent.  D.I. 21.  On June 25, 2025, Samsung answered Netlist's counterclaims, denying, *inter alia*, Netlist's claims of infringement.  D.I. 26.

**The 24-614 Action**:  On May 22, 2024, Samsung filed its Complaint in this Court against Netlist and amended its complaint on August 5, 2024.  In the -614 action, Samsung is seeking, *inter alia*: (1) a declaration that Samsung does not infringe the '319 patent; and, in the alternative, (2) a ruling that Netlist breached its contractual obligations to license the '319 patent to Samsung to Samsung on reasonable and non-discriminatory terms and conditions.  D.I. 1.  On July 15, 2024, Netlist moved to dismiss Samsung's Complaint for lack of subject matter jurisdiction and failure to state a claim.  D.I. 11, 12.  On March 4, 2025, the Court denied Netlist's motion.  D.I. 24.  On June 2, 2025, Netlist answered Samsung's Complaint and asserted a counterclaim against Samsung alleging infringement of the '319 patent.  D.I. 28.  On June 25, 2025, Samsung answered Netlist's counterclaims, denying, *inter alia*, Netlist's claims of infringement.  D.I. 33.

**IPRs**:  SEC filed petitions for *inter partes* review challenging all claims of the '024 and '319 patents.  The Patent Trial and Appeal Board instituted the IPR petitions on both patents in May 2025.  Netlist has requested that the Director reverse the panel's Decisions on Institution for both IPRs.  *Samsung Elecs., Co., Ltd. v. Netlist, Inc.*, IPR2025-00001, Paper 19 (May 29, 2025); *Samsung Elecs., Co., Ltd. v. Netlist, Inc.*, IPR2025-00002, Paper 19 (May 29, 2025).  The Director has not ruled on Netlist's requests.  The Final Written Decisions are expected around May 2026.

### Scheduling Order Disputes

There are no scheduling order disputes.

The Honorable Jennifer L. Hall
July 7, 2025
Page 3

## **Other Issues**

**Motion to Stay**: Netlist has moved to stay both actions pending the instituted IPR proceedings against both patents.  *23-1122 Action*, D.I. 23; *24-614 Action*, D.I. 30.  Samsung opposes those motions, and Samsung's oppositions are due July 11.

Respectfully,

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)

RDS/rah
Enclosure

cc:    All Counsel of Record (via email)