IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG ELECTRONICS AMERICA, INC._____ Plaintiffs and Counter Defendants, v. NETLIST, INC., Defendant and Counter Claimant._____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 23-1122 (JLH) |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG ELECTRONICS AMERICA, INC., Plaintiffs and Counter Defendants, v. NETLIST, INC., Defendant and Counter Claimant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 24-614 (JLH) |

**STIPULATION AND [PROPOSED] ORDER REGARDING STAY**

WHEREAS, Plaintiffs and Counter Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., and Samsung Electronics America, Inc. (collectively "Samsung" and "Counter Defendants") seek declarations that Samsung does not directly or indirectly infringe U.S. Patent Nos. 11,386,024 (the "'024 patent") and 11,880,319 (the "'319 patent"); and Defendant and Counter Claimant Netlist, Inc. ("Netlist") subsequently brought counterclaims against Samsung, alleging infringement of the '024 and '319 patents;

WHEREAS, Samsung Electronics Co., Ltd. filed petitions for *inter partes* review ("IPR") before the Patent Trial and Appeal Board ("PTAB") challenging all asserted claims of the '024 and '319 patents, *see* IPR2025-00001, IPR2025-00002 (collectively, the "IPR Proceedings");

WHEREAS, on May 15, 2025, the PTAB instituted each of the IPR Proceedings;

WHEREAS, on May 29, 2025, in each of the IPR Proceedings, Netlist requested that the Director of the U.S. Patent and Trademark Office (the "Director") review and reverse the institution decisions;

WHEREAS, on June 13, 2025, Netlist moved to stay these consolidated actions pending final resolution of the IPR Proceedings;

WHEREAS, on July 11, 2025, Samsung filed its responses to Netlist's motions, requesting that the Court deny or defer ruling on the motions to stay unless and until the Director denied Netlist's requests for review of the institution decisions;

WHEREAS, on July 17, 2025, the Director denied Netlist's requests for review of the institution decisions;

WHEREAS, on July 18, 2025, Netlist filed a reply in support of its motions to stay;

WHEREAS, in light of the Director's denial of Netlist's requests for review, all parties have agreed to stay the above-captioned cases pending the PTAB's issuance of Final Written Decisions in the IPR Proceedings;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the above-captioned cases are stayed pending the PTAB's issuance of Final Written Decisions in the IPR Proceedings and that Defendant's motions to stay (C.A. No. 23-1122, D.I. 23; C.A. No. 24-614, D.I. 30) are thereby rendered moot. Following issuance of the Final Written Decisions, the parties shall submit a joint status update to the Court for purposes of notifying the Court of the

outcome of the IPR Proceedings and setting forth the parties' respective positions on the appropriate next steps, including whether the stay should remain in place during the pendency of any appeals.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| */s/ Rodger D. Smith, II* | */s/ Virginia K. Lynch* |
| Rodger D. Smith II (No. 3778) | Karen E. Keller (No. 4489) |
| Anthony D. Raucci (No. 5948) | Emily S. DiBenedetto (No. 6779) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Virginia K. Lynch (No. 7423) |
| 1201 North Market Street | SHAW KELLER LLP |
| P.O. Box 1347 | I.M. Pei Building |
| Wilmington, DE 19899 | 1105 North Market Street, 12th Floor |
| (302) 658-9200 | Wilmington, DE 19801 |
| rsmith@morrisnichols.com | (302) 298-0700 |
| araucci@morrisnichols.com | kkeller@shawkeller.com |
| *Attorneys for Plaintiffs* | edibenedetto@shawkeller.com |
| | glynch@shawkeller.com |
| | *Attorneys for Defendant* |

Dated: July 31, 2025

SO ORDERED this  1st  day of    August        , 2025.

_____
The Honorable Jennifer L. Hall
United States District Judge