IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG ELECTRONICS AMERICA, INC., | ) ) ) ) ) | |
| Plaintiffs/Counterclaim-Defendants, | ) ) | C.A. No. 23-1122 (JLH) **CONSOLIDATED** |
| v. | ) ) ) | |
| NETLIST, INC., | ) ) | |
| Defendant/Counterclaim-Plaintiff. | ) ) | |

## STIPULATION OF DISMISSAL AND ~~[PROPOSED]~~ ORDER

WHEREAS, on October 9, 2023, Plaintiffs Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., and Samsung Electronics America, Inc. (together, "Samsung") filed suit against Netlist, Inc. ("Netlist") asserting: (1) a claim for a declaratory judgment that Samsung does not infringe U.S. Patent No. 11,386,024 (the "'024 patent"); and (2) a claim that Netlist breached certain contractual obligations owed to Samsung.  C.A. No. 23-1122-JLH (the "*-1122 Action*"), D.I. 1.

WHEREAS, on May 22, 2024, Samsung filed suit against Netlist asserting: (1) a claim for a declaratory judgment that Samsung does not infringe U.S. Patent No. 11,880,319 (the "'319 patent"); and (2) a claim that Netlist breached certain contractual obligations owed to Samsung.  C.A. No. 24-614-JLH (the "*-614 Action*"), D.I. 1.

WHEREAS, on August 5, 2024, Samsung filed a First Amended Complaint for Declaratory Judgment in the *-614 Action*, asserting the same claims as the original complaint. D.I. 14.

WHEREAS, on June 2, 2025, Netlist filed a counterclaim for infringement of the '024 patent against Samsung in the *-1122 Action* (D.I. 21) and a counterclaim for infringement of the '319 patent against Samsung in the *-614 Action* (D.I. 28);

WHEREAS, on July 8, 2025, the Court entered an order consolidating the *-1122 Action* (D.I. 29) and the *-614 Action* (D.I. 36) for all purposes, including trial (the "Consolidated Actions");

WHEREAS, the Consolidated Actions are presently stayed pending the Patent Trial and Appeal Board's ("PTAB's") issuance of Final Written Decisions in Samsung's IPR proceedings challenging the validity of the claims in the '024 and '319 patents, *see* IPR2025-00001 and IPR2025-0002 (the "IPR Proceedings");

WHEREAS, on August 6, 2025, Netlist filed disclaimers with the United States Patent and Trademark Office of claims 1-20 of the '024 patent and claims 1-20 of the '319 patent;

WHEREAS, on August 7, 2024, Netlist filed a Request for Adverse Judgment in each of the IPR Proceedings; and

WHEREAS, on September 8, 2025, the PTAB entered adverse judgments against Netlist in the IPR Proceedings and issued final written decisions terminating the proceedings;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that:

1. Samsung's claims for declaratory judgment of non-infringement of the '024 and '319 patents are dismissed with prejudice and Samsung's claims for breach of contract relating to the '024 and '319 patents are dismissed without prejudice, with each party bearing its own expenses and attorneys' fees with respect to these claims.

2.      Netlist's counterclaims for infringement of the '024 and '319 patents against Samsung are dismissed with prejudice, with each party bearing its own expenses and attorneys' fees with respect to these claims.

3.      This Stipulation is not a settlement and does not in any way release or otherwise preclude Samsung or Netlist from pursuing other claims or relief, except as expressly agreed to in paragraphs 1 and 2 above.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP                 SHAW KELLER LLP

*/s/ Rodger D. Smith II*                             */s/ Emily S. DiBenedetto*
_____                     _____
Rodger D. Smith II (#3778)                           Karen E. Keller (#4489)
Anthony D. Raucci (#5948)                            Emily S. DiBenedetto (#6779)
1201 North Market Street                             I.M. Pei Building
P.O. Box 1347                                        1105 North Market Street, 12th Floor
Wilmington, DE  19899                                Wilmington, DE  19801
(302) 658-9200                                       (302) 298-0700
rsmith@morrisnichols.com                             kkeller@shawkeller.com
araucci@morrisnichols.com                            edibenedetto@shawkeller.com

*Attorneys for Plaintiffs*                           *Attorneys for Defendant*

May 11, 2026

SO ORDERED this 12th day of ___May___ 2026.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE

3