

Emily S. DiBenedetto
I.M. Pei Building
1105 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0713 - Direct
edibenedetto@shawkeller.com

June 12, 2026

**<u>VIA CM/ECF</u>**
Judge Jennifer L. Hall
United States District Court
844 North King Street
Unit 17, Room 6312
Wilmington, DE 19801

     Re:    *Samsung Electronics Co., Ltd. et al. v. Netlist, Inc.*,
            C.A. No. 23-1122-JLH, C.A. 24-614-JLH (D. Del.)

Dear Judge Hall:

     Pursuant to the Court's Oral Order at D.I. 41, the parties jointly advise the Court that C.A. 23-1122 and C.A. 24-614 can be closed.

          Respectfully,

          */s/ Emily S. DiBenedetto*

          Emily S. DiBenedetto (No. 6779)

cc:    Clerk of the Court (by CM/ECF)
       All counsel of record (by CM/ECF and email)